Opinion by Dowdell, J.

## Beverly *v*. The State.

Appeal from the City Court of Talladega.

Tried before the Hon. G. K. Miller.

Knox, Dixon & Burr, for appellant.

Massey Wilson, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of robbery, and was sentenced to imprisonment in the penitentiary for thirty years.

The appeal is dismissed on motion of appellant.